Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **W.D. Townley and Son Lumber Company, Inc.** | |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as names* | **Townley Lumber Co.** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **7 5 – 1 2 3 4 2 3 0** | |
| **4. Debtor's address** | **Principal place of business**<br><br>**13668 Highway 79S**<br>Number     Street<br><br>**Henderson, TX 75652**<br>City                State    ZIP Code<br><br>**Rusk**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number     Street<br><br>_____<br>City                State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number     Street<br><br>_____<br>City                State    ZIP Code |
| **5. Debtor's website (URL)** | _____ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor __**W.D. Townley and Son Lumber Company, Inc.**_____    Case number *(if known)* _____
             Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> ___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____ Case number _____<br>                                              MM / DD / YYYY<br>          District _____  When _____ Case number _____<br>                                              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>          District _____  When _____<br>                                                           MM / DD / YYYY<br>          Case number, if known _____ |

Debtor  **W.D. Townley and Son Lumber Company, Inc.**  Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>_____<br>City                       State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor **W.D. Townley and Son Lumber Company, Inc.** Case number *(if known)*
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/26/2025**
MM/ DD/ YYYY

X **/s/ Billy J. Townley**
Signature of authorized representative of debtor

**Billy J. Townley**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joseph Fredrick Postnikoff**
Signature of attorney for debtor

Date **03/26/2025**
MM/ DD/ YYYY

**Joseph Fredrick Postnikoff**
Printed name

**Rochelle McCullough, LLP**
Firm name

**300 Throckmorton Street, Suite 520**
Number   Street

**Fort Worth** | **TX** | **76102-2929**
City | State | ZIP Code

**(817) 347-5261** | **JPostnikoff@romclaw.com**
Contact phone | Email address

**16168320** | **TX**
Bar number | State

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page **4**

## RESOLUTION

I, Billy J. Townley, the undersigned Director of W.D. Townley and Son Lumber Company, Inc. d/b/a Townley Lumber Co. (the "Corporation"), do hereby certify that at a meeting of the Directors of the Corporation duly called and held on the 5th day of March, 2025, the following resolutions were adopted and recorded in the minute book of the Corporation after full discussion by the Directors on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the Directors is approved by all Directors of the Corporation and all notices and formal items related to this meeting are waived by the Managers; and it is

"FURTHER RESOLVED, that in the judgment of the Directors of the Corporation, it is desireable and in the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the President is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Corporation shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Corporation any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Corporation shall engage and continue the engagement of the Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Corporation and to pay a retainer fee to that law firm to be agreed upon by the President of the Corporation."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 25th day of March 2025.

By: *[signature: Billy Joe Townley]*
Billy J. Townley, Director

Joseph F. Postnikoff
State Bar No. 16168320
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
Email: jpostnikoff@romclaw.com
Http://www.romclaw.com


PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. _____ |
| | § | |
| W.D. TOWNLEY AND SON LUMBER COMPANY, INC. d/b/a Townley Lumber Co., | § § | |
| | § | In Proceedings Under Chapter 11 |
| Debtor. | § | |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.

Fill in this information to identify the case:

Debtor name: **W.D. Townley and Son Lumber Company, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Mutual Insurance Co.<br>PO Box 841843<br>Dallas, TX 75284-1843 | | Trade debt | | | | $156,165.33 |
| 2 | Service Electric<br>PO Box 2000<br>Kilgore, TX 75663 | | Utility | | | | $108,683.21 |
| 3 | The Berkshire Group LP<br>553 Capital Drive<br>Lake Zurich, IL 60047 | | Trade debt | | | | $92,313.33 |
| 4 | Motion Industries, Inc.<br>PO Box 504606<br>Saint Louis, MO 63150 | | Trade debt | | | | $87,849.13 |
| 5 | Robert Porter<br>1802 East Main<br>Henderson, TX 75652 | | Trade debt | | | | $79,618.07 |
| 6 | Viking Engineering<br>10580 Naples Street NE Suite 100<br>Minneapolis, MN 55449 | | Trade debt | | | | $76,400.61 |
| 7 | Collins Land & Timber, LLC<br>11755 US 259<br>Nacogdoches, TX 75965 | | Trade debt | | | | $72,161.61 |
| 8 | Burton Saw & Supply<br>950 International Way<br>Springfield, OR 97477 | | Trade debt | | | | $60,253.65 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **W.D. Townley and Son Lumber Company, Inc.**  Case number *(if known)* _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Service to Sawmills, Inc.<br>55 West Bayshore Drive<br>Many, LA 71449 | | Trade debt | | | | $56,647.93 |
| 10 | Deep South Equipment<br>PO Box 415000<br>Nashville, TN 37241-5000 | | Trade debt | | | | $55,971.71 |
| 11 | Velvin Oil Company<br>PO Box 3689 Dept 556<br>Sugar Land, TX 77487 | | Trade debt | | | | $47,913.40 |
| 12 | UT Health Henderson<br>PO Box 226327<br>Dallas, TX 75222-6327 | | Trade debt | | | | $42,752.20 |
| 13 | RA Advisors, LLC<br>12726 Pintail Road<br>Plainfield, IL 60585 | | Trade debt | | | | $36,085.97 |
| 14 | Rusk County Electric Coop<br>PO Box 1169<br>Henderson, TX 75653-1169 | | Utility | | | | $29,284.34 |
| 15 | Ellington Industrial Supply<br>PO Box 128<br>Ellington, MO 63638 | | Trade debt | | | | $23,954.74 |
| 16 | ISK Biocides, Inc.<br>PO Box 901891<br>Cleveland, OH 44190-1891 | | Trade debt | | | | $22,074.13 |
| 17 | Smith Sawmill Service US, Inc.<br>PO Box 510<br>Garrison, TX 75946-0510 | | Trade debt | | | | $18,102.51 |
| 18 | Rees-Memphis, Inc.<br>PO Box 13225<br>Memphis, TN 38113 | | Trade debt | | | | $15,660.00 |
| 19 | Adkins Law Firm<br>300 West Main<br>Henderson, TX 75652 | | Service | | | | $12,847.50 |
| 20 | PowerPlan<br>One John Deere Place<br>Moline, IL 61265 | | Trade debt | | | | $12,213.56 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **W.D. Townley and Son Lumber Company, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **03/26/2025**    Signature    **/s/ Billy J. Townley**
Billy J. Townley, President

Adkins Law Firm
300 West Main
Henderson, TX 75652

Attorney General
Bankruptcy-Collection Division
PO Box 12548
Austin, TX 78711-2548

Attorney General of the U.S.
Office of the Attorney General
Main Justice Building, Rm 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Billy J. Townley
645 FM 840 E
Henderson, TX 75654

Burton Saw & Supply
950 International Way
Springfield, OR 97477

Christus Health
PO Box 844787
Dallas, TX 75284-4787

Cintas
PO Box 650838
Dallas, TX 75265-0838

Collins Land & Timber, LLC
11755 US 259
Nacogdoches, TX 75965

Commercial Financial
Group/Texas, L.L.C.
5064 Roswell Road Suite A200
Atlanta, GA 30342

Cooper Machine Company
PO Box 550
Wadley, GA 30477

Deep South Equipment
PO Box 415000
Nashville, TN 37241-5000

Eastex Telephone
3675 Us Highway 79 S
Henderson, TX 75654-5760

Ellington Industrial Supply
PO Box 128
Ellington, MO 63638

Elliot Electric Supply
PO Box 206524
Dallas, TX 75320-6524

Fastenal
PO Box 419655
Kansas City, MO 64121-9655

Hagen's Fasteners
800 McCann Rd
Longview, TX 75601

Holt Cat
PO Box 650345
Dallas, TX 75265-0345

HYG Financial Services
PO Box 35701
Billings, MT 59107

HYG Financial Services
5000 Riverside Dr. Suite 300
Irving, TX 75039-4314

ISK Biocides, Inc.
PO Box 901891
Cleveland, OH 44190-1891

John Deere Financial
Po Box 6600
Johnston, IA 50131-6600

KILN-Direct.com
PO Box 159
Burgaw, NC 28425

McDonough Manufacturing
Company
PO Box 510
Eau Claire, WI 54702-0510

Motion Industries, Inc.
PO Box 504606
Saint Louis, MO 63150

Office of the United States Trustee
1100 Commerce St Ste 976
Dallas, TX 75242-1011

PowerPlan
One John Deere Place
Moline, IL 61265

Purvis
2565 W NW Loop 323
Tyler, TX 75702

RA Advisors, LLC
12726 Pintail Road
Plainfield, IL 60585

Rees-Memphis, Inc.
PO Box 13225
Memphis, TN 38113

Regions Bank
Collateral Management
PO Box 12926 # 3
Birmingham, AL 35202

Regions Bank
250 Riverchase Parkway East 3rd Floor
Birmingham, AL 35244

Reklas Gas System
PO Box 250
Reklaw, TX 75784

Republic Services
Po Box 78829
Phoenix, AZ 85062-8829

Robert Porter
1802 East Main
Henderson, TX 75652

Rusk County Electric Coop
PO Box 1169
Henderson, TX 75653-1169

Rusk County Tax
Assessor/Collector
Po Box 988
Henderson, TX 75653-0988

Service Electric
PO Box 2000
Kilgore, TX 75663

Service to Sawmills, Inc.
55 West Bayshore Drive
Many, LA 71449

Smith Sawmill Service US,
Inc.
PO Box 510
Garrison, TX 75946-0510

Taylor Safety Consultating,
LLC
PO Box 1025
Hallsville, TX 75650

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller Of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Texas Mutual Insurance Co.
PO Box 841843
Dallas, TX 75284-1843

Texas Workforce Commission
TEC Building- Bankruptcy
101 E. 15th Street
Austin, TX 78778

The Berkshire Group LP
553 Capital Drive
Lake Zurich, IL 60047

Townley Pallet Manufacturing, LLC
13668 Us Highway 79 S
Henderson, TX 75654-5645

Tyler Regional Hospital, LLC
PO Box 7000
Tyler, TX 75711

U.S. Small Business Administration
PO Box 8274
Tyler, TX 75711-8274

UT Health Henderson
PO Box 226327
Dallas, TX 75222-6327

Velvin Oil Company
PO Box 3689 Dept 556
Sugar Land, TX 77487

Verdent Commercial Capital
PO Box 207202
Dallas, TX 75320-7202

Viking Engineering
10580 Naples Street NE Suite 100
Minneapolis, MN 55449

Zaxis Financial
123 SW Columbia St
Bend, OR 97702