**Fill in this information to identify the case:**

Debtor Name **W.D. Townley and Son Lumber Company, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-41053-11**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Verabank** | **Checking account** | **1 9 4 3** | $170,167.56 |
| 3.2. **Verabank** | **Checking account** | **6 5 1 4** | $7,106.86 |
| 3.3. **Regions Bank** | **Checking account** | **2 0 3 6** | $11.80 |
| 3.4. **Regions Bank** | **Checking account** | **9 8 0 2** | $0.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $177,286.22

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor     **W.D. Townley and Son Lumber Company, Inc.**
Name

Case number *(if known)* **25-41053-11**

---

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1 _____     _____

    7.2 _____     _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____     _____

    8.2 _____     _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.     [_____]

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =.....➡     _____
    　　　　　　　　　　　 face amount　　doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ - _____ =.....➡     _____
    　　　　　　　　　　　 face amount　　doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     [_____]

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____     _____     _____

    14.2 _____     _____     _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:　　　　　　　　　　　　　　　% of
    　　　　　　　　　　　　　　　　　　　　　　ownership:

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | 25-41053-11 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 15.1. TLC Transportation, L.L.C. | 100.00% | | $0.00 |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| Logs, Nails | 03/24/2001 MM / DD / YYYY | $39,961.60 | Cost | $39,961.60 |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $39,961.60 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **W.D. Townley and Son Lumber Company, Inc.**

Name

Case number *(if known)* **25-41053-11**

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **W.D. Townley and Son Lumber Company, Inc.**

Name

Case number *(if known)* **25-41053-11**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture and equipment | $11,141.56 | | $11,141.56 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $15,000.00 | | $15,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $26,141.56 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **W.D. Townley and Son Lumber Company, Inc.**

Name

Case number *(if known)* **25-41053-11**

---

**48.**    **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1    _____    _____    _____    _____

48.2    _____    _____    _____    _____

**49.**    **Aircraft and accessories**

49.1    _____    _____    _____    _____

49.2    _____    _____    _____    _____

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Rees Dust Collection System together with all attachments, tooling, accessories, appurtenances; and (2) M2L Stacker 27-62 High Speed Stacker together with all attachments, tooling, accessories, appurtenances** | **unknown** | | **$500,000.00** |
| **John Deere /** John Deere Wheel Loader with bucket | **unknown** | | **$33,602.37** |
| **John Deere Log Loader** | **unknown** | | **$13,593.52** |
| **2022 Hitachi /** ZW 150-6 Wheel loader with JRG Hydraulic Coupler | **unknown** | | **$48,838.14** |
| **2022 Rockland /** LBP2 6 yard Chip Bucket | **unknown** | | **$55,648.30** |

**51.**    **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    **$651,682.33**

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.**    **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |

---

Debtor    **W.D. Townley and Son Lumber Company, Inc.**

Name                                                    Case number *(if known)* 25-41053-11

|      |                    |      |      |      |      |
|------|--------------------|------|------|------|------|
| 55.4 |                    |      |      |      |      |
| 55.5 |                    |      |      |      |      |
| 55.6 |                    |      |      |      |      |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| Domain name and website | unknown | | $1,000.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                              $1,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

---

Debtor     **W.D. Townley and Son Lumber Company, Inc.**

Name     Case number *(if known)* 25-41053-11

---

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71.  **Notes receivable**

Description (include name of obligor)

_____     _____     – _____     = ➔     _____

Total face amount     doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73.  **Interests in insurance policies or annuities**

_____     _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     _____

Nature of claim     _____

Amount requested     _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     _____

Nature of claim     _____

Amount requested     _____

76.  **Trusts, equitable or future interests in property**

_____     _____

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* **25-41053-11** |
|---|---|---|
| | Name | |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|---|---|---|
| | **Factored Accounts** | **$1,512,602.00** |

| 78. | **Total of Part 11** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$1,512,602.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $177,286.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $39,961.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,141.56 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $651,682.33 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................➤ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,512,602.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $2,408,673.71 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................... | | $2,408,673.71 |

Fill in this information to identify the case:

Debtor name **W.D. Townley and Son Lumber Company, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known): **25-41053-11**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Allegiant Partners / Zaxis Financial** | **Describe debtor's property that is subject to a lien**<br>2022 Rockland, 2022 Hitachi | **$54,486.44** | **$104,486.44** |

**Creditor's mailing address**

123 SW Columbia St

Bend, OR 97702

**Describe the lien**

Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**  12/01/2022

**Last 4 digits of account number**  8  8  4  7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For 2022 Rockland: **1) Allegiant Partners / Zaxis Financial**; 2) Regions Bank; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration; For 2022 Hitachi: **1) Allegiant Partners / Zaxis Financial**; 2) Regions Bank; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $9,553,867.29

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | | Case number (if known) | **25-41053-11** |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Beverly Bank & Trust dba Wintrust Specialty Finance**

**Describe debtor's property that is subject to a lien**

Rees Dust Collection System together with all attachments, tooling, accessories, appurtenances; and (2) M2L Stacker 27-62 High Speed Stacker together with all attachments, tooling, accessories, appurtenances

**$681,920.26**          **$500,000.00**

**Creditor's mailing address**

**PO Box 84783**

**Seattle, WA 98124**

**Describe the lien**

**Loan**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**          **9/11/2022**

**Last 4 digits of account**          **6  5  8  9**
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

        **1) Beverly Bank & Trust dba Wintrust Specialty Finance**; 2) Regions Bank; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | W.D. Townley and Son Lumber Company, Inc. | Case number (if known) | 25-41053-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**Commercial Financial Group/Texas, L.L.C.**

**Creditor's mailing address**

**5064 Roswell Road Suite A200**

**Atlanta, GA 30342**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **10/06/2023**

**Last 4 digits of account number**   __ __  __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Commercial Financial Group/Texas, L.L.C.; 2)** Regions Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Factored Accounts

**Describe the lien**

**Loan**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$1,283,718.00**    **$1,512,602.00**

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number (if known) __25-41053-11__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.4** **Creditor's name**

**John Deere Financial**

**Creditor's mailing address**

**Po Box 6600**

**Johnston, IA 50131-6600**

**Creditor's email address, if known**

_____

**Date debt was incurred**   __11/30/2022__

**Last 4 digits of account number**   __2   0   5   8__

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    <u>For John Deere Log Loader:</u> **1) John Deere Financial**; 2) Regions Bank; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration; <u>For John Deere:</u> **1) John Deere Financial**; 2) Regions Bank; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>John Deere Log Loader, John Deere</u>                    $47,195.89     $47,195.89

**Describe the lien**

**Purchase Money/Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor **W.D. Townley and Son Lumber Company, Inc.**                    Case number (if known) **25-41053-11**
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

---

**2.5** **Creditor's name**

**Regions Bank**

**Creditor's mailing address**

**250 Riverchase Parkway East 3rd Floor**

**Birmingham, AL 35244**

**Creditor's email address, if known**
_____

**Date debt was incurred**    **3/16/2020**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Domain name and website, Factored Accounts, John Deere Log Loader, John Deere, 2022 Rockland, Logs, Nails, Office equipment, Office furniture and equipment, Rees Dust Collection System together with all attachments, tooling, accessories, appurtenances; and (2) M2L Stacker 27-62 High Speed Stacker together with all attachments, tooling, accessories, appurtenances, Regions Bank, Regions Bank, TLC Transportation, L.L.C., Verabank, Verabank, 2022 Hitachi

**Describe the lien**

**Deed of Trust and Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$4,497,356.71**          **$2,408,673.71**

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number (if known) __25-41053-11__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

*Column A*
Amount of claim
Do not deduct the value of collateral.

*Column B*
Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.6** **Creditor's name**

**Rusk County Tax Assessor/Collector**

**Creditor's mailing address**

**Po Box 988**

**Henderson, TX 75653-0988**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.4, 2.5**

**Describe debtor's property that is subject to a lien**

Office equipment, Office furniture and equipment, Rees Dust Collection System together with all attachments, tooling, accessories, appurtenances; and (2) M2L Stacker 27-62 High Speed Stacker together with all attachments, tooling, accessories, appurtenances, John Deere Log Loader, John Deere, 2022 Rockland, 2022 Hitachi

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$19,022.64**          **$677,823.89**

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number (if known) | **25-41053-11** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**PO Box 8274**

**Tyler, TX 75711-8274**

**Creditor's email address, if known**

**Date debt was incurred**    **05/14/2020**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines
     **2.1, 2.2, 2.4**

**Describe debtor's property that is subject to a lien**

John Deere Log Loader, John Deere, 2022 Rockland, Rees Dust Collection System together with all attachments, tooling, accessories, appurtenances; and (2) M2L Stacker 27-62 High Speed Stacker together with all attachments, tooling, accessories, appurtenances, 2022 Hitachi

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $2,970,167.35 | $651,682.33 |

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number (if known) | 25-41053-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

| 2.5 | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
|---|---|---|
| | **Regions Bank** | For Factored Accounts: 1) Commercial Financial Group/Texas, L.L.C.; **2) Regions Bank**; For John Deere Log Loader: 1) John Deere Financial; **2) Regions Bank**; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration; For John Deere: 1) John Deere Financial; **2) Regions Bank**; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration; For 2022 Rockland: 1) Allegiant Partners / Zaxis Financial; **2) Regions Bank**; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration; For Office equipment: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; For Office furniture and equipment: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; For Rees Dust Collection System together with all attachments, tooling, accessories, appurtenances; and (2) M2L Stacker 27-62 High Speed Stacker together with all attachments, tooling, accessories, appurtenances: 1) Beverly Bank & Trust dba Wintrust Specialty Finance; **2) Regions Bank**; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration; For 2022 Hitachi: 1) Allegiant Partners / Zaxis Financial; **2) Regions Bank**; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **W.D. Townley and Son Lumber Company, Inc.** |
| United States Bankruptcy Court for the: | |
| | **Northern District of Texas** |
| Case number (if known): | **25-41053-11** |

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**Special Procedures-Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** unknown      **Priority amount:** unknown

**2.2** Priority creditor's name and mailing address

**Texas Comptroller Of Public Accounts**

**State Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $0.00      **Priority amount:** unknown

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 1:**</td><td>Additional Page</td></tr>
</table>

| 2.3 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**          **unknown**

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Adkins Law Firm**

**300 West Main**

**Henderson, TX 75652**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,847.50**

---

**3.2** Nonpriority creditor's name and mailing address

**Burton Saw & Supply**

**950 International Way**

**Springfield, OR 97477**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$60,253.65**

---

**3.3** Nonpriority creditor's name and mailing address

**Christus Health**

**PO Box 844787**

**Dallas, TX 75284-4787**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$820.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Cintas**

**PO Box 650838**

**Dallas, TX 75265-0838**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$897.98**

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.5

**Nonpriority creditor's name and mailing address**

**Collins Land & Timber, LLC**

**11755 US 259**

**Nacogdoches, TX 75965**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$72,161.61

---

### 3.6

**Nonpriority creditor's name and mailing address**

**Cooper Machine Company**

**PO Box 550**

**Wadley, GA 30477**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,560.69

---

### 3.7

**Nonpriority creditor's name and mailing address**

**Deep South Equipment**

**PO Box 415000**

**Nashville, TN 37241-5000**

Date or dates debt was incurred

Last 4 digits of account number  0  6  3  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,971.71

---

### 3.8

**Nonpriority creditor's name and mailing address**

**Eastex Telephone**

**3675 Us Highway 79 S**

**Henderson, TX 75654-5760**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

$775.34

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Ellington Industrial Supply**

**PO Box 128**

**Ellington, MO 63638**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,954.74

---

**3.10** | **Nonpriority creditor's name and mailing address**

**Elliot Electric Supply**

**PO Box 206524**

**Dallas, TX 75320-6524**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,103.17

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Fastenal**

**PO Box 419655**

**Kansas City, MO 64121-9655**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,428.45

---

**3.12** | **Nonpriority creditor's name and mailing address**

**Hagen's Fasteners**

**800 McCann Rd**

**Longview, TX 75601**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,182.43

---

| Debtor | W.D. Townley and Son Lumber Company, Inc. | Case number *(if known)* | 25-41053-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

Holt Cat

PO Box 650345

Dallas, TX 75265-0345

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$5,226.65

---

**3.14** Nonpriority creditor's name and mailing address

HYG Financial Services

PO Box 35701

Billings, MT 59107

Date or dates debt was incurred   5/05/2020

Last 4 digits of account number   1  2  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UCC

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

**3.15** Nonpriority creditor's name and mailing address

ISK Biocides, Inc.

PO Box 901891

Cleveland, OH 44190-1891

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$22,074.13

---

**3.16** Nonpriority creditor's name and mailing address

KILN-Direct.com

PO Box 159

Burgaw, NC 28425

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,512.40

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,317.63 |
|---|---|---|---|

**McDonough Manufacturing Company**

**PO Box 510**

**Eau Claire, WI 54702-0510**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,849.13 |
|---|---|---|---|

**Motion Industries, Inc.**

**PO Box 504606**

**Saint Louis, MO 63150**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,213.56 |
|---|---|---|---|

**PowerPlan**

**One John Deere Place**

**Moline, IL 61265**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,281.78 |
|---|---|---|---|

**Purvis**

**2565 W NW Loop 323**

**Tyler, TX 75702**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,085.97 |
|---|---|---|---|

**RA Advisors, LLC**

**12726 Pintail Road**

**Plainfield, IL 60585**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,660.00 |
|---|---|---|---|

**Rees-Memphis, Inc.**

**PO Box 13225**

**Memphis, TN 38113**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,172.30 |
|---|---|---|---|

**Reklas Gas System**

**PO Box 250**

**Reklaw, TX 75784**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,842.26 |
|---|---|---|---|

**Republic Services**

**Po Box 78829**

**Phoenix, AZ 85062-8829**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,618.07
---|---|---|---
| **Robert Porter** | ☐ Contingent | |
| **1802 East Main** | ☐ Unliquidated | |
| **Henderson, TX 75652** | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,284.34
---|---|---|---
| **Rusk County Electric Coop** | ☐ Contingent | |
| **PO Box 1169** | ☐ Unliquidated | |
| **Henderson, TX 75653-1169** | ☐ Disputed | |
| | **Basis for the claim:** Utility | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
---|---|---|---
| **SCS Capital Group, LLC** | ☑ Contingent | |
| **c/o William Vance McMurry** | ☑ Unliquidated | |
| **508 W Lookout Dr., Ste 14 Pmb 74** | ☑ Disputed | |
| **Richardson, TX 75080** | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,683.21
---|---|---|---
| **Service Electric** | ☐ Contingent | |
| **PO Box 2000** | ☐ Unliquidated | |
| **Kilgore, TX 75663** | ☐ Disputed | |
| | **Basis for the claim:** Utility | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,647.93 |
|---|---|---|---|

**Service to Sawmills, Inc.**

**55 West Bayshore Drive**

**Many, LA 71449**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,102.51 |
|---|---|---|---|

**Smith Sawmill Service US, Inc.**

**PO Box 510**

**Garrison, TX 75946-0510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |
|---|---|---|---|

**Taylor Safety Consulting, LLC**

**PO Box 1025**

**Hallsville, TX 75650**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,993.40 |
|---|---|---|---|

**Texas Mutual Insurance Co.**

**PO Box 841843**

**Dallas, TX 75284-1843**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.33** | Nonpriority creditor's name and mailing address

**The Berkshire Group LP**

**553 Capital Drive**

**Lake Zurich, IL 60047**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$156,165.33

---

**3.34** | Nonpriority creditor's name and mailing address

**Tyler Regional Hospital, LLC**

**PO Box 7000**

**Tyler, TX 75711**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
☑ No
☐ Yes

$9,184.54

---

**3.35** | Nonpriority creditor's name and mailing address

**UT Health Henderson**

**PO Box 226327**

**Dallas, TX 75222-6327**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$42,752.20

---

**3.36** | Nonpriority creditor's name and mailing address

**Velvin Oil Company**

**PO Box 3689 Dept 556**

**Sugar Land, TX 77487**

Date or dates debt was incurred _____

Last 4 digits of account number  **1   1   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$45,625.57

---

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,400.61 |
|---|---|---|---|

**Viking Engineering**

**10580 Naples Street NE Suite 100**

**Minneapolis, MN 55449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number *(if known)* | **25-41053-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 4:</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1**    5a. | $0.00 |
| 5b. | **Total claims from Part 2**    5b.   **+** | $1,099,551.79 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c.    5c. | $1,099,551.79 |

Fill in this information to identify the case:

Debtor name        **W.D. Townley and Son Lumber Company, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):        **25-41053-11**        Chapter   **11**

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **5 2022 Hyster H50Ft Forklifts** | **HYG Financial Services** |
| | | **Contract to be ASSUMED** | **5000 Riverside Dr. Suite 300** |
| | State the term remaining | **2 months** | **Irving, TX 75039-4314** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Saw Mill Lease with Townley Pallet Manufacturing, LLC** | **Townley Pallet Manufacturing, LLC** |
| | | | **13668 Us Highway 79 S** |
| | | **Contract to be ASSUMED** | **Henderson, TX 75654-5645** |
| | State the term remaining | **1 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **W.D. Townley and Son Lumber Company, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
                                                                        (State)

Case number (If known): **25-41053-11**

☑ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Billy J. Townley** | **645 FM 840 E**<br>Street<br><br>**Henderson, TX 75654**<br>City          State          ZIP Code | **Beverly Bank & Trust dba Wintrust Specialty Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | | **John Deere Financial** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **TLC Transportation, L.L.C.** | **13667 US-79**<br>Street<br><br>**Henderson, TX 75654**<br>City          State          ZIP Code | **Regions Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Townley Pallet Manufacturing, LLC** | **13668 Us Highway 79 S**<br>Street<br><br>**Henderson, TX 75654-5645**<br>City          State          ZIP Code | **Commercial Financial Group/Texas, L.L.C.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Regions Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **SCS Capital Group, LLC** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **W.D. Townley and Son Lumber Company, Inc.** | Case number (if known) **25-41053-11** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.4 | **Townley, Billy J.** | **645 Fm 840 E** <br> Street <br><br> **Henderson, TX 75654-7196** <br> City          State          ZIP Code | **SCS Capital Group, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 | | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                         Schedule H: Codebtors                         page **2** of **2**

Fill in this information to identify the case:

Debtor name    **W.D. Townley and Son Lumber Company, Inc.**

United States Bankruptcy Court for the:

       **Northern District of Texas**

Case number (if known):    **25-41053-11**    Chapter   **11**

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*....................................................................................................    **$0.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*..................................................................................................    **$2,408,673.71**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*....................................................................................................    **$2,408,673.71**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$9,553,867.29**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................    **+ $1,099,551.79**

4. **Total liabilities**....................................................................................................................................    **$10,653,419.08**
   Lines 2 + 3a + 3b